# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
SEP 04 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CRESENCIO OCHOA-TOVALI<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>2:14 - MJ 199   KJN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 27, 2014  in the county of  Lassen  in the Eastern District of  California , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111 | Assault on a Federal Officer |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Glenn Booth, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/4, 2014

_____
*Judge's signature*

City and state: Sacramento, CA

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Glenn G. Booth, being duly sworn, do depose and state that:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since April, 1998. I am currently assigned to the Reno Resident Agency, Reno, Nevada. As part of my assignment, I cover extreme northeastern California, including Lassen County and the city of Herlong, California. I currently work all investigative matters, to include violent crimes which occur at the Herlong Federal Correctional Institution (FCI).

2. The following is based on information and belief obtained from investigation conducted personally and from that conducted by staff at the Herlong FCI. I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause to believe CRESENCIO OCHOA-TOVALI has committed the offense of assault on a federal officer—specifically, a Bureau of Prisons Correction Officer—in violation of Title 18, United States Code, Section 111.

3. On 7/27/2014, at the Herlong Federal Correctional Institution, a Bureau of Prisons facility located in Herlong, California, inmate CRESENCIO OCHOA-TOVALI was walking outside between buildings within the complex with a large group of inmates while a fight was occurring elsewhere within the facility. Upon being approached by Correctional Officer JUNE DUENAS, OCHOA-TOVALI assaulted DUENAS by striking her in the face.

4. On 7/28/2104, I reviewed surveillance from the Herlong FCI. In the video, I observed inmate OCHOA-TOVALI rise from a seated position and strike DUENAS with his arms. I also observed still photos of DUENAS, which were taken after the assault. DUENAS' face appeared pink and irritated as if she had been hit in the face.

1

5. On 7/28/2014, I interviewed Correctional Officer JUNE DUENAS. DUENAS described the events of 7/27/2014. In an attempt to gain control of the inmates while the Hispanic inmates were fighting with the black inmates, DUENAS ordered the group of inmates to sit on the ground. While the inmates were seated, DUENAS approached inmate OCHOA-TOVALI, who suddenly stood up and assaulted DUENAS by making contact with her body and face. OCHOA-TOVALI was subsequently restrained by DUENAS and two other Correctional Officers. The assault caused DUENAS to bleed from her nose and mouth.

6. On 7/28/2014, I interviewed inmate OCHOA-TOVALI. I advised him of his *Miranda* rights and he agreed to answer questions. OCHOA-TOVALI stated that he had been seated on the ground while other Hispanic inmates were fighting with black inmates within the prison compound. OCHOA-TOVALI advised that he stood up in an attempt to continue fighting with the black inmates. He stated that he did not hit DUENAS, regardless of what the video shows, but he advised me that "she should not have gotten in the middle of it."

7. On 8/1/2014, I interviewed Correctional Officer MICAHEL RAFFERTY. RAFFERTY advised that he was standing near DUEANAS and OCHOA-TOVALI at the time of the assault. RAFFERTY had observed that OCHOA-TOVALI was restless while sitting on the ground, and he appeared to be moving as if he were about to stand. RAFFERTY became uncomfortable with OCHOA-TOVALI's posture, and an approaching DUENAS advised OCHOA-TOVALI to sit down. Suddenly, OCHOA-TOVALI stood up and came towards DUENAS violently with his arms flailing. OCHOA-TOVALI made contact with DUENAS, physically attacking her. RAFFERTY responded by striking OCHOA-TOVALI in an attempt to restrain him and come to DUENAS' aid. OCHOA-TOVALI was ultimately restrained. After the assault, RAFFERTY observed that DUENAS' face was red or bloody.

8. Based on the foregoing, your affiant believes there is probable cause to believe that CRESENCIO OCHOA-TOVALI committed the offense of Assault on a federal officer, in violation of Title 18, United States Code, Section 111.

9. Wherefore, your affiant requests an arrest warrant be issued for CRESENCIO OCHOA-TOVALI.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

GLENN G. BOOTH
Special Agent
Federal Bureau of Investigation
Reno, Nevada

Subscribed and sworn to before me this 4 th day of September, 2014.

HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Approved as to Form:

Christiaan H. Highsmith
Assistant U.S. Attorney

3