1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

SEP 1 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,          CASE NO.  2:14 - CR - 0 2 5 7 JAM
11
                    Plaintiff,        VIOLATION: 18 U.S.C. § 111(a)(1) – Assault on a
12                                    Federal Officer
                    v.
13
   CRESENCIO OCHOA-TOVALI,
14
                    Defendant.
15

16

17                        I N D I C T M E N T

18        The Grand Jury charges: T H A T

19                        CRESENCIO OCHOA-TOVALI,

20  defendant herein, on or about July 27, 2014, at the Federal Correctional Institution, located in Herlong,

21  Lassen County, State and Eastern District of California, did forcibly assault, resist, oppose, impede,

22  intimidate, and interfere with a Federal Correctional Officer, June Duenas, a person designated under 18

23  U.S.C. § 1114, while engaged in and on account of the performance of official duties, with physical

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT                              1

1  contact, in violation of Title 18, United States Code, Section 111(a)(1).

2                                                    A TRUE BILL.

3                                            /s/ Signature on file w/AUSA

4

5

6  BENJAMIN B. WAGNER                              FOREPERSON

7  United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### CRESENCIO OCHOA-TOVALI

## I N D I C T M E N T

**VIOLATION:** 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer

*A true bill,*

/s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* _ _ _ _ _ 18 _ _ _ _ _ _ *day*

*of* _ _ September _ _ *, A.D. 20* 14 _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ **NO PROCESS NECESSARY**

GPO 863 525

**DEFENDANT:**   **CRESNCIO OCHOA-TOVALI**

## COUNT 1:

**VIOLATION:**   18 U.S.C. § 111(a)(1)

**PENALTY:**   Not more than 8 years Imprisonment, and/or
Not more than $250,000, or both
Not more than 3 years Supervised Release