Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
CRESENCIO OCHOA-TOVALI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CRESENCIO OCHOA-TOVALI,<br><br>            Defendant. | No. 2:14-CR-00257-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO WITHDRAW PLEA AND SENTENCING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Cresencio Ochoa-Tovali, that defendant's motion to withdraw his plea, and judgment and sentencing, previously scheduled for hearing on May 5, 2015, be vacated and the matter set for hearing on May 12, 2015, at 9:15 a.m.

     This continuance is requested to allow the Government additional time to respond to defendant's motion to withdraw

1
Stipulation and [Proposed] Order to Continue Motion Hearing & J&S

his plea, and judgment and sentencing.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow counsel time to prepare), from the date of the parties' stipulation, May 1, 2015, to and including May 12, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  May 1, 2015                 Respectfully submitted,

                                    /s/ Michael E. Hansen
                                    MICHAEL E. HANSEN
                                    Attorney for Defendant
                                    CRESENCIO OCHOA-TOVALI

Dated:  May 1, 2015                 BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:  /s/ Michael E. Hansen for
                                    CHRISTIAAN HIGHSMITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 1, 2015, to and including May 12, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 5, 2015, hearing on defendant's motion to withdraw his plea, and judgment and sentencing, shall

3
Stipulation and [Proposed] Order to Continue Motion Hearing & J&S

be continued until May 12, 2015, at 9:15 a.m.

    IT IS SO ORDERED.

Dated: 5/1/2015
                              /s/ John A. Mendez_____
                              JOHN A. MENDEZ
                              United States District Court Judge

Stipulation and [Proposed] Order to Continue Motion Hearing & J&S